No. 76–1701.   TENNESSEE VALLEY AUTHORITY *v.* HILL ET AL.   C. A. 6th Cir.   Motion of Eastern Band of Cherokee Indians for leave to file a brief as *amicus curiae* and certiorari granted.   ■

No. 76–1836.   COOPERS & LYBRAND *v.* LIVESAY ET AL.; and
No. 76–1837.   PUNTA GORDA ISLES, INC. *v.* LIVESAY ET AL. C. A. 8th Cir.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: 550 F. 2d 1106.

No. 76–1831.   MASSLER *v.* UNITED STATES;
No. 76–1833.   RICE ET AL. *v.* UNITED STATES; and
No. 76–1839.   ALVAREZ *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.   Reported below: 550 F. 2d 1364.

No. 76–6974.   DEVAUGHN *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   ■

No. 76–6977.   SANDOVAL-ROMAN *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   ■

No. 76–6986.   SIERRA ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   ■

No. 77–104.   CONSOLIDATED RAIL CORP. ET AL. *v.* UNITED STATES ET AL.   C. A. D. C. Cir.   Certiorari denied.   ■

No. 77–116.   RUSSELL *v.* TEXAS.   Ct. Crim. App. Tex. Certiorari denied.   ■

No. 77–135.   YARMOSH ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   ■